**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALTER C. JOHNSON,<br><br>Defendant. | Case No. 25-CR-95-JPS<br><br>**ORDER** |

In May 2025, a grand jury returned a three-count Indictment against Defendant Walter Johnson ("Defendant"), charging him with violations of 18 U.S.C. §§ 922(g)(1), 924(a)(8), 924(c)(1)(A)(ii) and 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C). ECF No. 1. On August 10, 2026, the parties filed a plea agreement in which Defendant plead guilty as to Count One and Count Two of the Indictment. ECF No. 55.

On August 10, 2026, the parties appeared before Magistrate Judge Stephen C. Dries to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 57. Defendant entered a plea of guilty as to Count One and Count Two of the Indictment. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Dries determined that the guilty plea was knowing and voluntary and that the offenses charged were supported by an independent factual basis containing each of the essential elements of the offenses. *Id.*; ECF No. 56.

The same day, Magistrate Judge Dries filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. ECF No. 57. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* To date, no party has filed such an objection. The Court has considered Magistrate Judge Dries' recommendation and will adopt it.

Accordingly,

**IT IS ORDERED** that that Magistrate Judge Stephen C. Dries' Report and Recommendation, ECF No. 57, be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 9th day of October, 2026.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge