# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALTER C. JOHNSON,<br><br>Defendant. | Case No. 25-CR-95-JPS<br><br>**ORDER** |

The Government moves for a preliminary order of forfeiture as to certain property of Defendant Walter Johnson ("Defendant"). ECF No. 58. As part of his plea agreement, ECF No. 55 at 9, Defendant agreed to forfeit certain properties described in the Indictment, ECF No. 1 at 4. The Court will, therefore, grant the Government's motion for preliminary order of forfeiture. *See* FED. R. CRIM. P. 32.2.

Accordingly,

**IT IS ORDERED** that the Government's motion for entry of a preliminary order of forfeiture, ECF No. 58, be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that, all right, title, and interest in the following property be and the same are hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c): the Ruger, model EC9S, 9mm pistol bearing serial number 457-31212;

**IT IS FURHTER ORDERED** that the above listed item shall be seized by the Bureau of Alcohol, Tobacco, Firearms, and Explosives; the

United States Marshals Service for the Eastern District of Wisconsin; or its duly authorized representative;

**IT IS FURTHER ORDERED** that, pursuant to 21 U.S.C. § 853(n)(1), the United States shall publish notice of this Order and of its intent to dispose of the property according to law; and

**IT IS FURTHER ORDERED** that the terms of this Order shall be recounted in Defendant Walter Johnson's Judgment and Commitment Order.

Dated at Milwaukee, Wisconsin, this 9th day of October, 2026.

BY THE COURT:

______________________________

J. P. Stadtmueller
U.S. District Judge